```
                                    FILED
                                  SEP 1 3 2010
                              RICHARD W. WIEKING
                            CLERK, U.S. DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
                                    OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MAYRA MARTINEZ-PARRA ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) | No. CR 10-00629-CW <br><br> DETENTION ORDER |

I. DETENTION ORDER

Defendant Mayra Martinez-Parra is charged in an indictment with a violation of 18 U.S.C. § 751(a) (Escape). On September 8, 2010 the United States moved for Ms. Martinez-Parra's detention pursuant to 18 U.S.C. § 3142(f)(2)(A) (because there is a serious risk that the defendant will flee), and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Ms. Martinez-Parra did not request a full bail study. The Court reviewed an August 19, 2010 criminal history report prepared by Pretrial Services for the United States District Court for the Southern District of California. At the September 13, 2010 hearing before this Court, Ms. Martinez-Parra waived her right for now to proffer information at a detention hearing, *see* 18

DETENTION ORDER
CR 10-00629-CW                              1

cc: Copy to parties via ECF, Nikki, Pret. Svcs., 2 certified copies to US Marshal

U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise), but she retained her right to raise any additional relevant information at a later hearing.

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Ms. Martinez-Parra as a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure her appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Ms. Martinez-Parra as a serious flight risk. Because Defendant waived her right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Ms. Martinez-Parra's request at any future time.

Ms. Martinez-Parra shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: September 13, 2010

_____
DONNA M. RYU
United States Magistrate Judge