MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Special Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3689
Facsimile: (510) 637-3724
E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAYRA MARTINEZ-PARRA,<br><br>Defendant. | No. CR-10-00629 CW<br><br>ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>Date: September 13, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Donna M. Ryu |

Defendant Mayra Martinez-Parra is charged in a one-count indictment with escape, in violation of Title 18, United States Code, Section 751(a). On September 13, 2010, defendant appeared for a status hearing regarding detention and arraignment before this Court. This Court set the matter for a further status hearing on September 28, 2010 at 10:00 a.m. Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from September 13, 2010 to September 28, 2010, in light of the need for defense counsel to investigate this matter and review discovery. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 10, 2010 to September 28, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of defendant Martinez-Parra, the period from September 13, 2010 to September 28, 2010 is excluded from the Speedy Trial Act calculations for the effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: September 14, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge