MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Special Assistant United States Attorney

　　1301 Clay Street, Suite 340-S
　　Oakland, California 94612
　　Telephone:　(510) 637-3689
　　Facsimile:　(510) 637-3724
　　E-Mail:　　Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00629 CW |
| | ) | |
| Plaintiff, | ) | ORDER EXCLUDING TIME PURSUANT |
| | ) | TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| | ) | Date:　　　　September 28, 2010 |
| MAYRA MARTINEZ-PARRA, | ) | Time:　　　　10:00 a.m. |
| | ) | Court:　　　Hon. Donna M. Ryu |
| Defendant. | ) | |

Defendant Mayra Martinez-Parra is charged in a one-count indictment with escape, in violation of Title 18, United States Code, Section 751(a).  On September 28, 2010, defendant appeared for a status hearing regarding detention and arraignment before this Court.  This Court set the matter for a further status hearing on October 12, 2010, at 10:00 a.m.  Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from September 28, 2010 to October 12, 2010, in light of the need for defense counsel to investigate this matter and review discovery.  Given these circumstances, the Court found that the ends of justice served by excluding the period from September 10, 2010, to September 28, 2010, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

ORDER EXCLUDING TIME
No. CR-10-00629 CW

IT IS HEREBY ORDERED that:

With the consent of defendant Martinez-Parra, the period from September 28, 2010, to October 12, 2010, is excluded from the Speedy Trial Act calculations for the effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: September 30, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-10-00629 CW